### L. C. DAVIS v. STATE.
No. 15608.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

W. B. Howard, of Childress, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**LATTIMORE, J.**

Conviction for robbery; punishment, twelve years in the penitentiary.

Appellant and his wife were indicted for robbery. Appellant alone was tried in the case before us. We find neither statement of facts nor bills of exception in the record.

No error appearing, the judgment will be affirmed.